No. 932. DURGIN ET UX. v. FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 938. PATTNO, ADMINISTRATOR, v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Teno Roncalio* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *Kathryn H. Baldwin* for the United States.

No. 939. FERBER COMPANY ET AL. v. ONDRICK ET AL. C. A. 1st Cir. Certiorari denied. *Gerson Askinas* for petitioners. Respondent Ondrick *pro se.*

No. 940. CROSBY v. BRADSTREET COMPANY ET AL. C. A. 2d Cir. Certiorari denied. *Jay Leo Rothschild* for petitioner. *Chester Bordeau* for Bradstreet Company, and *Copal Mintz* for Crosby, respondents.

No. 947. BURTON v. TAYLOR, SHERIFF. Supreme Court of Florida. Certiorari denied. *Hilton R. Carr, Jr.* and *Herbert A. Warren, Jr.* for petitioner.

No. 951. UNGO v. BEECHIE, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Gordon G. Dale* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for respondent.

No. 952. OHIO EX REL. SHEPPARD v. KOBLENTZ, CORRECTION COMMISSIONER. Supreme Court of Ohio. Certiorari denied. *Peter W. Princi* for petitioner.